705 A.2d 840

Dawn REARICK, f/k/a Dawn Schaeffer, Petitioner,

v.

CITY OF NEW KENSINGTON, Respondent.

Supreme Court of Pennsylvania.

March 4, 1998.

Reconsideration Denied April 27, 1998.

## ORDER

PER CURIAM.

AND NOW, this 4th day of March 1998, we GRANT the Petition for Allowance of Appeal, and VACATE the Order of the Commonwealth Court. We remand this case to the Court of Common Pleas of Westmoreland County for further consideration in light of *Grieff v. Reisinger*, 548 Pa. 13, 693 A.2d 195 (1997).